U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

**FILED**
AUG 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WILLIAM HENRY HARRISON, #07725-078 )
USP Canaan Plaintiff )
PO Box 300 )
Waymart, PA 18472 )
)
FEDERAL BUREAU OF PRISONS, )
_____ )
Defendant. )

Civil No. _____

JURY T

Case: 1:07-cv-01543
Assigned To : Unassigned
Assign. Date : 08/30/2007
Description: HARRISON v. FEDERAL BUREAU OF PRISONS

**JURY ACTION**

CASE RE-ASSIGNED

## FREEDOM OF INFORMATION AND PRIVACY ACT COMPLAINT

NOW COMES the Plaintiff, WILLIAM HENRY HARRISON (07725-078) (hereinafter "Harrison"), Pro Se, who complains against Defendant Federal Bureau of Prisons (BOP) as follows:

This is a Freedom of Information and Privacy Act Complaint brought by a federal prisoner, alleging violations of the FOIA/PA, his Due Process and Equal Protection rights under the Fifth Amendment, and violations of the Administrative Procedures Act, 5 USC §§ 553, et seq., and 706, et seq.

Plaintiff seeks compliance with 5 USC § 552(a)(1)-(3), by way of Court Order issued pursuant to the Court's authority under 5 USC § 522(a)(4)(B); costs and reasonable attorney fees under 5 USC § 552 (a)(4)(E); and Declaratory Judgment declaring the rights of the parties.

## JURISDICTION AND VENUE

Harrison invokes this Court's jurisdiction pursuant to 5 USC § 552(a)(4)(B); 5 USC § 552a; and 5 USC §§ 553 and 706. Venue is proper in the District of Columbia under the foregoing statutes, and because the BOP is headquartered in the District of Columbia.

If necessary, diversity jurisdiction is invoked under 28 USC § 1332, for Harrison is currently incarcerated in Waymart, PA.

RECEIVED
AUG 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

B.  Harrison seeks Declaratory Relief in the form of a Declaratory Judgment declaring the rights of the parties herein.

C.  Harrison seeks court-ordered compliance with the Adminstrative Procedures Act, 5 USC §§ 553(b)-(d) and 706(2)(A), ordering the BOP to respond, pursuant to the Code of Federal Regulations and the BOP Program Statements, to Harrison's lawfully filed administrative remedy requests.

D.  Harrison seeks Injunctive Relief in the form of a Temporary Restraining Order, in Lieu of a Preliminary and/or Permanent Injunction, enjoining the BOP from its continued arbirary and unlawful increase in commissary prices and its unlawful profits made through commissary pricing and purchases and the unlawful increase in telephone rates.

E.  Harrison seeks reasonable costs and attorney fees pursuant to 28 USC § 2412, 42 USC § 1988, and 5 USC § 552(a)(4)(E), and,

F.  Such other and further relief as this Honorable Court may deem just and proper herein, with equity.

WHEREFORE, Plaintiff Harrison, on behalf of himself, respectfully demands the Court grant relief as entitled.

### DECLARATION OF TRUTH

I HEREBY DECLARE UNDER PENALTIES FOR PERJURY, 28 USC § 1746, that the foregoing is true to the best of my knowledge under penalties for perjury.

Dated:  February 13, 2007
        Waymart, PA 18472

William Henry Harrison (07725-078)
USP Canaan : P.O. Box 300
Waymart, PA 18472

### CERTIFICATE OF MAILING

I hereby certify thsat the original complaint was duly mailed to the U.S. District Court, District of Columbia, this 15th day of February, 2007, by giving possession to prison officials at this facility with sufficient first-class postage affixed, under Houston v. Lack.

Dated: February 15, 2007
       Waymart, PA 18472

William Henry Harrison