U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

FILED
AUG 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| WILLIAM HENRY HARRISON, ) | |
|     Plaintiff, ) | Cause No. _____ |
| v. ) | MOTION TO PROCEED IN FORMA PAUPERIS |
| FEDERAL BUREAU OF PRISONS, ) | |
|     Defendant. ) | |

I, WILLIAM HENRY HARRISON, Declare that I am the Plaintiff herein; that in support of my request to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said or action or give security therefor; that I believe I am entitled to relief. The nature of my action and the issues are as follows:

My rights to information under the Freedom of Information and Privacy Act have been violated, inter alia.

    In support of the application, I state the following:

    a) I am currently incarcerated at USP Canaan, in Waymart, PA, and at present am earning $2.40 per month;

    b) The past six months of monies received and disbursed is reflected in the attached "Statement of Inmate Account." I receive nothing more from any sources.

    c) I do not have any checking or savings accounts, nor do I own any stocks, real estate, bonds, securities, other financial instruments, automobiles, or other valuable property.

    d) I am unable to adequately care for my dependents.

I declare under penalties for perjury that the above information is true and correct pursuant to 28 USC § 1746.

Dated: February 15, 2007
       Waymart, PA 18472

                           William Henry Harrison (07725-078)
                           USP Canaan : P.O. Box 300
                           Waymart, PA 18472
                           In Propria Persona

RECEIVED
AUG 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2