# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WILLIAM HENRY HARRISON    )
      Plaintiff          )
                     )
                     )     Civil Action No.  07-1543 PLF
        v             )
FEDERAL BUREAU OF PRISONS )
      Defendant

## REASSIGNMENT OF CIVIL CASE
### (non-calendar committee)

The above entitled action was assigned on September 28, 2007  from Unassigned (9098)

to Judge Friedman  because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK


By: La Tanau Y. Scott
     Deputy Clerk

CC:   Judge Friedman
& Courtroom Deputy
Civil Case Processing Clerk
Statistical