# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM HENRY HARRISON )<br>R# 07725-078 )<br>Canaan U.S.P. )<br>Waymart, PA 18472 )<br>          )<br>          Plaintiff,  )<br>          )<br>     v.     )<br>          )<br>FEDERAL BUREAU )<br>OF PRISONS )<br>          )<br>          Defendant.  )<br>          )<br>_____) | Civil Action No. 07-1543 (PLF) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney John G. Interrante as counsel for defendant in the above-captioned case.

\_\_\_\_/s/_____
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

WILLIAM HENRY HARRISON
R# 07725-078
Canaan U.S.P.
Waymart, PA 18472

on this _____ day of November, 2007.

                          \_\_\_\_/s/_____
                          JOHN G. INTERRANTE
                          Assistant United States Attorney
                          Civil Division
                          555 4th Street, N.W.
                          Washington, D.C. 20530
                          (202) 514-7220
                          (202) 514-8780 (fax)
                          John.Interrante@usdoj.gov