UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WILLIAM HENRY HARRISON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 07-1543 (PLF) |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant, Federal Bureau of Prisons, respectfully requests an extension of time of 60 days to, and including, February 29, 2007, in which to file an answer or otherwise respond to the complaint in this case, which arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, and the Administrative Procedure Act ("APA"), 5 U.S.C. § 702. The United States Attorney for the District of Columbia received a copy of the complaint on October 31, 2007 (Document 10), and Defendant's response is currently due on December 31, 2007. This is the first request for an enlargement of time in the case. Because Plaintiff is incarcerated and proceeding pro se, we have not endeavored to ascertain Plaintiff's position with respect to this motion, as LCvR 7(m) is inapplicable in this case. Defendant relies on the following points and authorities in support of this motion:

1. Plaintiff, who is incarcerated at the United States Penitentiary Canaan in Waymart, Pennsylvania, has filed three prior pro se complaints in this District, captioned as William Henry Harrison v. Harley G. Lappin, Director, Federal Bureau of Prisons, et al., Civil Action Nos. 03-2594

(JR), 04-61 (JR), 04-681 (JR). By Order dated September 27, 2007, Judge Robertson dismissed the remaining counts in Civil Action No. 04-61. Plaintiff does not appear to have received any relief in any of the cases previously brought in this jurisdiction. However, it is not clear if Plaintiff has accumulated three strikes under 28 U.S.C. § 1915(g) in light of Judge Robertson's Order dated January 12, 2006 (Document 63) addressing this issue in Civil Action No. 04-681. Defendant requests additional time to review this matter based on developments subsequent to the latter order.

2.  By Order dated September 27, 2007 (Document 4), Judge Huvelle ruled that "plaintiff must be required to pay the entire statutory filing fee of $350 for this action and an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(A) and (B)" (emphasis added). However, it is not clear from the order if Judge Huvelle considered the issue of three strikes.

3.  By Order dated September 27, 2007 (Document 3), Judge Huvelle dismissed without prejudice the allegations in the complaint alleged to arise under FOIA because "plaintiff does not allege that an agency is unlawfully withholding records or maintaining inaccurate records." Judge Huvelle further ruled that the court will permit plaintiff to proceed under the APA on his claims that Defendant is arbitrarily increasing commissary prices and telephone rates.

4.  The Complaint in the instant case was served on Defendant on October 31, 2007. However, Defendant was not served with a copy of the Court's Order dated September 27, 2007, dismissing the FOIA claims. Undersigned counsel forwarded a copy of the original complaint to agency counsel for a response.

5.  On or about October 23, 2007, Plaintiff forwarded an amended complaint directly to the Court in violation of LcvR 5.1(b) ("Except when requested by a judge, correspondence shall not be directed by the parties or their attorneys to a judge, nor shall papers be left with or mailed to a judge for filing"). The complaint, which was never served on Defendant or the United States Attorney's

Office, was ordered filed by the Court on November 26, 2007. The complaint cited four different FOIA requests submitted to Defendant between April 7, 2006, and July 19, 2007. Undersigned counsel acknowledges receipt of ECF notification of the filing of the amended complaint, and forwarded a copy of the complaint to agency counsel. Agency counsel has begun to review the allegations in the amended complaint, but advised that she would on leave for at least a week at the end of 2007 for a health-related issue.

      6.    Defendant requires an additional 60 days to review the amended complaint, to confer and consult with agency counsel, and to determine whether Plaintiff has accumulated three strikes. Additionally, undersigned counsel has experienced a high volume of deadlines in matters transferred to him, and newly-assigned matters, since he transferred to the Civil Division in November 2007, and is attempting to stagger some of the deadlines to avoid the need for further enlargement requests.

      WHEREFORE, Defendant respectfully requests an enlargement of time of 60 days to file an answer or otherwise respond to the complaint. A proposed Order is submitted herewith.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division, Room E-4806
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

      WILLIAM HENRY HARRISON
      R# 07725-078
      Canaan U.S.P.
      Waymart, PA 18472

on this 31st day of December, 2007.

      ____/s/_____
      JOHN G. INTERRANTE
      Assistant United States Attorney
      Civil Division
      555 4th Street, N.W.
      Washington, D.C. 20530
      (202) 514-7220
      (202) 514-8780 (fax)
      John.Interrante@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAM HENRY HARRISON,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**FEDERAL BUREAU OF PRISONS,** )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1543 (PLF) |

## ORDER

Upon Consideration of the Defendant's Motion for Enlargement of Time to Answer or Otherwise Respond to Complaint, for good cause shown, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the defendant shall file an answer or otherwise respond to the complaint by February 29, 2008.

It is **SO ORDERED** this _____ day of _____, ____.

_____
Paul L. Friedman
United States District Judge