UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WILLIAM HENRY HARRISON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF PRISONS, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1543 (PLF) |

**DEFENDANT'S SECOND MOTION FOR EXTENSION OF TIME TO ANSWER OR
OTHERWISE RESPOND TO THE COMPLAINT AND AMENDED COMPLAINT
AND FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S
MOTION TO FURTHER AMEND HIS PREVIOUSLY-FILED COMPLAINTS**

Defendant, Federal Bureau of Prisons, respectfully requests an extension of time of 45 days to, and including, April 14, 2008, in which to file an answer or otherwise respond to the complaint and amended complaint filed by plaintiff in this case, which arise under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, and the Administrative Procedure Act ("APA"), 5 U.S.C. § 702. Defendant's response is currently due on February 29, 2008, by prior order of this Court. In addition, defendant requests the same period of time to respond to plaintiff's motion to further amend the complaint, filed on January 9, 2008.[1] This is the first request for an enlargement

---

[1] Because defendant intends to file a motion to dismiss or, in the alternative, for summary judgment, we request leave to respond to the complaint, amended complaint, and Plaintiff's motion for leave to further amend the prior complaints at the same time. We acknowledge, however, that plaintiff's motion was filed on January 8, 2008, and has not yet been decided by the court. Under LCvR 7(b) and Fed. R. Civ. P. 6, the time for defendant to file an opposition to the motion has since passed. This deadline was inadvertently allowed to pass, however, because it fell prior to the date set by the Court for defendant to respond to plaintiff's complaint and amended complaint. Under the circumstances, we submit that this oversight constitutes "excusable neglect" within the meaning of Fed. R. Civ. P. 6(b)(2) because the delay will result in no prejudice to plaintiff, will have no materially adverse effect upon the Court's consideration of

of time to respond to the latter motion. Because Plaintiff is incarcerated and proceeding pro se, we have not endeavored to ascertain Plaintiff's position with respect to this motion, as LCvR 7(m) is inapplicable in this case. Defendant relies on the following points and authorities in support of this motion:

1.  Plaintiff, who is incarcerated at the United States Penitentiary Canaan in Waymart, Pennsylvania, has filed a complaint, an amended complaint, and motion for leave to further amend and supplement the prior complaints. Each pleading raises new claims that were not contained in the prior pleadings, and thus supplements the pleadings. Plaintiff has not, however, filed a single pleading alleging all of his claims. Indeed, some or all of the claims that plaintiff raises in his motion to further amend his prior complaints may be barred for failure to exhaust his administrative remedies.

2.  Plaintiff's filing of supplemental pleadings has resulted in some confusion that has delayed the preparation of a single response by defendant. For example, by Order dated September 27, 2007 (Document 3), Judge Huvelle dismissed without prejudice the allegations in the complaint alleged to arise under FOIA because "plaintiff does not allege that an agency is unlawfully withholding records or maintaining inaccurate records." Judge Huvelle further ruled that the Court will permit plaintiff to proceed under the APA on his claims that defendant is arbitrarily increasing commissary prices and telephone rates. Defendant has since determined that plaintiff appears to have exhausted his administrative remedies as to the APA claims, but that he is not entitled to the injunctive relief he seeks. Defendant requires additional time to prepare an appropriate dispositive motion.

---

this case, and was the result of a good faith mistake by defendant's counsel. See In re: Vitamins Antitrust Class, 327 F.3d 1207 (D.C. Cir. 2003). See generally Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship, 507 U.S. 380 (1993).

2. Defendant also requires the requested enlargement of time to complete its review of the various FOIA claims that plaintiff raises in his amended complaint and seeks to add to this litigation in his motion for leave to further amend his prior pleadings. Defendant also requires additional time to confer and consult with agency counsel about all of these claims, and to prepare an appropriate response.

WHEREFORE, Defendant respectfully requests an enlargement of time of 45 days to file an answer or otherwise respond to the complaint and amended complaint, and to respond to plaintiff's motion to further amend those pleadings. A proposed Order is submitted herewith.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division, Room E-4806
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

>WILLIAM HENRY HARRISON
>R# 07725-078
>Canaan U.S.P.
>Waymart, PA 18472

on this <u>29th</u> day of February, 2008.

                                                      ____/s/_____
                                                      JOHN G. INTERRANTE
                                                      Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAM HENRY HARRISON,** ) | |
| ) | |
| **Plaintiff,** ) | Civil Action No. 07-1543 (PLF) |
| ) | |
| **v.** ) | |
| ) | |
| **FEDERAL BUREAU OF PRISONS,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Upon Consideration of the Defendant's Second Motion for Enlargement of Time to Answer or Otherwise Respond to the Complaint and Amended Complaint, and First Request for an Extension of Time to Respond to Plaintiff's Motion for Leave to Further Amend his Previously-Filed Complaint, for good cause and excusable neglect shown, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the defendant shall file an answer or otherwise respond to the complaint, amended complaint and motion for leave to further amended the prior pleading by April 14, 2008.

It is **SO ORDERED** this _____ day of _____, 2008.

Paul L. Friedman
United States District Judge