UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAM HENRY HARRISON,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 07-1543 (PLF) |
| ) | |
| v. ) | |
| ) | |
| **FEDERAL BUREAU OF PRISONS,** ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO FURTHER AMEND AND/OR SUPPLEMENT HIS PREVIOUSLY-FILED COMPLAINTS AND MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO ALL COMPLAINTS

Defendant, Federal Bureau of Prisons, respectfully responds to plaintiff's motion to further amend and/or supplement the complaint and amended complaint, filed on January 9, 2008 (Docket Entry No. 13). Defendant's response to the latter pleading is due on April 14, 2008, by prior Order of this Court. Defendant does not oppose the request, which seeks to add three additional claims under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended. Defendant requests an extension of time of 45 days to, and including, May 29, 2008, in which to file an answer or otherwise respond to the complaint and amended complaint (and the supplemental complaint, if filed) in this case. The original complaint arises under the Administrative Procedure Act ("APA"), 5 U.S.C. § 702. Defendant's response is currently due on April 14, 2008, by prior Order of this Court. Because Plaintiff is incarcerated and proceeding pro se, we have not endeavored to ascertain Plaintiff's position with respect to this motion, as LCvR 7(m) is inapplicable in this case. Defendant relies on the following points and authorities in support of this motion and response:

### RESPONSE TO PLAINTIFF'S MOTION TO FURTHER AMEND AND/OR SUPPLEMENT PREVIOUSLY-FILED COMPLAINTS

1.   Plaintiff, who is incarcerated at the United States Penitentiary Canaan in Waymart, Pennsylvania, has filed a complaint, an amended complaint, and motion for leave to further amend and supplement the prior complaints.  The latter two complaint alleged claims arising under FOIA, which were not included in the original complaint filed in this case.  Defendant has reviewed the three new FOIA claims alleged in the supplemental complaint currently lodged with the Clerk and does not oppose plaintiff's motion to supplement the complaint by adding the three new claims.  Defendant reserves the right to challenge some or all of the claims based on plaintiff's failure to exhaust his administrative remedies.

### MOTION FOR EXTENSION OF TIME

2.   Defendant also requires an enlargement of time to respond to plaintiff's complaint and the amended (and supplemental complaint, if filed).  The request is necessary for undersigned counsel to confer and consult with agency counsel and obtain the necessary declarations in order to respond to plaintiff's two APA and seven FOIA claims, and to prepare an appropriate response, which we expect to take the form of motion for summary judgment.  Additional time is also required because undersigned counsel is recovering from complications arising from a recent illness.

3.   In addition, defendant has recently become aware that plaintiff previously litigated one of his APA claims.  See (William Henry) Harrison v. Federal Bureau of Prisons, 464 F. Supp.2d 552, 556 (E.D. Va. 2006) (finding that Harrison's challenge to BOP telephone rates was not subject to judicial review under the APA and dismissing the claim with prejudice).  In addition to challenging the BOP telephone rates again in this case, plaintiff also challenges the BOP commissary prices.

WHEREFORE, Defendant respectfully requests an enlargement of time of 45 days to file an answer or otherwise respond to the complaint and amended complaint (and supplemental complaint, if filed). A proposed Order is submitted herewith.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division, Room E-4806
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

>WILLIAM HENRY HARRISON
>R# 07725-078
>Canaan U.S.P.
>Waymart, PA 18472

on this <u>29th</u> day of February, 2008.

>\_\_\_\_/s/_____
>JOHN G. INTERRANTE
>Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAM HENRY HARRISON,** ) | |
| ) | |
| **Plaintiff,** ) | Civil Action No. 07-1543 (PLF) |
| ) | |
| **v.** ) | |
| ) | |
| **FEDERAL BUREAU OF PRISONS,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Upon Consideration of the Defendant's Motion for Enlargement of Time to Answer or Otherwise Respond to the Complaint and Amended Complaint (and Supplemental Complaint, if filed), for good cause shown, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the defendant shall file an answer or otherwise respond to the complaint, amended complaint (and supplemental complaint, if filed) by May 29, 2008.

It is **SO ORDERED** this _____ day of _____, 2008.

Paul L. Friedman
United States District Judge