UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAM HENRY HARRISON,** ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 07-1543 (PLF) |
| ) | |
| v. ) | |
| ) | |
| **FEDERAL BUREAU OF PRISONS,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

# PLEASE SEE DOCKET # 15 FOR DUPLICATE IMAGE