UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
WILLIAM HENRY HARRISON,                     )
                                            )
    Plaintiff,                              )
                                            )
    v.                                      )   Civil Action No. 07-1543 (PLF)
                                            )
FEDERAL BUREAU OF PRISONS,                  )
                                            )
    Defendant.                              )
_____)

ORDER

Plaintiff filed a complaint seeking to obtain information pursuant to the Freedom of Information Act ("FOIA"). Plaintiff now seeks to amend his complaint for the second time. Defendant does not oppose plaintiff's amendment, but seeks an additional 45 days, through May 29, 2008, in which to answer or otherwise respond to the complaint.

In standard cases, an answer obligates the parties to comply with Local Civil Rule 16.3 and Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure. Local Civil Rule 16.3(b), however, exempts FOIA actions from these requirements. See LCvR 16.3(b). It is the Court's experience that this exemption for FOIA actions avoids inefficient and unnecessary effort on the part of the parties since such cases invariably are decided by motion. It is also the Court's experience that the mere filing of an answer to the complaint does little to advance FOIA cases.

Accordingly, it is hereby

ORDERED that plaintiff's [13] motion to amend his complaint a second time is

GRANTED; and it is

    FURTHER ORDERED that the defendant's [16] motion for an extension of time is GRANTED.  The Court directs the defendant promptly to file a dispositive motion; on or before May 29, 2008.  Plaintiff may incorporate a motion for summary judgment into the response to defendant's motion or simultaneously file a motion for summary judgment.  No extensions of time will be granted except for good cause shown.

    SO ORDERED.


                /s/_____
                PAUL L. FRIEDMAN
                United States District Judge

DATE:   April 16, 2008