William Henry Harrison (07725-078)
USP Canaan : P.O. Box 300
Waymart, PA 18472

April 27, 2008

Clerk, U.S. District Court
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

     Re:  Harrison v. DOJ [BOP]., et al.
          07-cv-1543 (PLF)
          Status Inquiry

Attn:  Hon. Paul L. Friedman

Dear Sir:

I arrived back at USP Canaan on April 24, 2008, after being out on a writ to the U.S. District Court for the Eastern District of Texas since January 7, 2008.  During this time in Texas, none of the mail addressed to me at USP Canaan was forwarded to me by the BOP.  Consequently, I knew nothing of the Government's repeated requests for extensions of time to respond to my pleadings.

Nevertheless, since a May 29, 2008, date is now being sought by the Government as their date to respond or answer, I have no problem with the Court granting said extension.  I would object to any further extensions, however.

Please let me know what the current status of the case is.  Thank you.

Yours truly,

William Henry Harrison

cc:  U.S. Attorney
     District of Columbia

RECEIVED

MAY - 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT