UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAM HENRY HARRISON,** ) | |
| ) | |
| **Plaintiff** ) | |
| v. ) | Case No: 07-1543 (PLF) |
| ) | |
| **FEDERAL BUREAU OF PRISONS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Cindy S. Owens, Special Assistant United States Attorney, and remove the appearance of John G. Interrante, Assistant United States Attorney, as counsel for Defendant.

Respectfully submitted,

/s/
Cindy S. Owens, D.C. BAR #491465
Special Assistant United States Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 616-2257
cindy.owens@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on this 7th day of May, 2008, a copy of the foregoing was served by First-Class mail, postage prepaid to:

WILLIAM HENRY HARRISON
R# 07725-078
CANAAN U.S.P.
Waymart, PA 18472

                                             /s/
                                    Cindy S. Owens, D.C. BAR #491465
                                    Special Assistant United States Attorney
                                    555 Fourth St., N.W.
                                    Room E4112
                                    Washington, D.C. 20530
                                    (202) 616-2257
                                    cindy.owens@usdoj.gov