William Henry Harrison (07725-078)
FCI Ft. Dix : P.O. Box 2000
Ft. Dix, NJ 08640

June 5, 2004

Hon. Clerk, U.S. District Court
District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

*Let this be filed*
*ord*
*7/31/08*

Re: Harrison v. USDOJ/BOP
    07-cv-1543 (PLF)
    Missing Declaration in Defendants' Pleadings;
    Need for Possible Extension of Time to Respond/Oppose.

Dear Sir/Madam:

On June 4, 2008, I received the Defendants', in the above-referenced cause[s] of action, Motion for Dismissal or Summary Judgment. After reading all documents therein, I discovered that an alleged Declaration of "Cox" was not among the paperwork.

I fully intend to respond to and oppose Defendants' motion[s]; however, I cannot adequately and appropriately respond thereto without the claimed Declaration of "Cox." I would therefore ask the Court to direct the Defendants' counsel to provide the claimed Declaration of Cox forthwith. Furthermore, there are serious problems with what Defendants are claiming is a "Vaughn" Index.

None of the documents made reference to in this index [sic] are attached for investigation and perusal. I have other serious problems with Defendants' representations; however, they will be more appropriately addressed once I receive the claimed Declaration of "Cox."

I would kindly ask the Court to hold all proceedings in abeyance until Defendants make available the "Cox" Declaration. I am sure I am going to need a further exetntion of time within which to respond due to Defendants' failure to provide a proper "Vaughn" Index and other documents, correspondence, and communications referred to in their pleadings. Thank you kindly.

William Henry Harrison

cc: U.S. Attorney
    District of Columbia