William Henry Harrison (07725-078)
FCI Ft. Dix : P.O. Box 2000
Ft. Dix, NJ 08640

August 4, 2008

Hon. Clerk, U.S. District Court
District of Columbia
333 Constitution AVe., N.W.
Washington, D.C. 20001

RECEIVED
AUG 0 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re: Harrison v. D.O.J [B.O.P.]
1:07-cv-1543 (PLF)
Notice of Change of Address

Dear Sir/Madam:

By the time you receive this missive I will have been released from prison to supervised release. Please, therefore, alert the Court, and forward all future correspondence, etc., to the following new address:

William Henry Harrison
P.O. Box 3185
Richmond, VA 23228

Thank you very kindly.

Yours,

William Henry Harrison

cc: U.S. Attorney
    District of Columbia