William Henry Harrison
P.O. Box 3185
Richmond, VA 23228

August 25, 2008

**RECEIVED**

AUG 2 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Hon. Clerk, U.S. District Court
District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

    Re: Harrison v. DOJ and BOP
        07-cv-1543 (PLF)
        Request for Extension of Time to Respond

Dear Sir/Madam:

I was released from federal prison on August 6, 2008, and my property, which included my legal documents, had to be mailed out of the facility. Within the past week all of my seven boxes finally arrived at my address here in Richmond, VA.

I was unable to meet the due date of August 23, 2008, for my Response to Defendants' Motion to Dismiss or for Summary Judgment in a timely manner due to my having to wait for my property to arrive. This is the first request for an extension of time sought by me. I am therefore asking the Court to grant an extension of time within which to respond to defendants' motion[s], up to and including Monday, September 8, 2008.

I spoke with Cindy Owens, Assistant U.S. Attorney, by telephone this date, and she has assented to the extension of time. Therefore, I respectfully ask the Court to grant the extension of time for me to respond to September 8, 2008. Thank you kindly.

                Yours,

                William Henry Harrison

cc: U.S. Attorney, District of Columbia
    Attn; Cindy Owens, Esq.

William Henry Harrison
1913 Johnson Court
Richmond, VA 23223

RICHMOND VA 232

Clerk, U.S. District Court
District of Columbia
333 Constitution Ave., N.W.
Washington, DC 20001

Received Mail Room
AUG 2 7 2008

20001+2802 C002