UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                           )
WILLIAM HENRY HARRISON,       )
                                           )
    Plaintiff,                       )
                                           )
    v.                            )     Civil Action No. 07-1543 (PLF)
                                           )
FEDERAL BUREAU OF PRISONS,    )
                                         )
    Defendant.                   )
_____)

ORDER

        For the reasons stated in the accompanying Opinion, and after consideration of the parties' motions, oppositions, and replies, and the entire record in this case, it is hereby

        ORDERED that the defendant's renewed motion to dismiss or for summary judgment is GRANTED and JUDGMENT is awarded to the defendant on the claims arising from three FOIA Requests identified by numbers 07-7829, 07-10206, and 08-2180; it is

        FURTHER ORDERED that the plaintiff's motion for reconsideration is DENIED.

        As all claims have now been decided by this Order and the Court's Order of March 31, 2009, this is a final appealable order. *See* Fed. R. App. P. 4.

        SO ORDERED.


/s/_____
PAUL L. FRIEDMAN
DATE: February 3, 2010                                United States District Judge